IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>    v.<br><br>TODD R. DAVIES,<br>        Defendant. | )<br>)<br>) Criminal Action No. 98-79<br>) Civil Action No. 00-2302<br>)<br>)<br>) |

ORDER OF COURT

Gary L. Lancaster,
District Judge.

AND NOW, to-wit, this 14th day of July, 2006, the parties having agreed that Todd R. Davies' conviction in the above-captioned case be vacated, it is hereby ORDERED, ADJUDGED AND DECREED that Mr. Davies' Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 be and the same hereby is, GRANTED. We enter this order with the understanding that upon entering the government will file a motion to dismiss the indictment.

BY THE COURT:

_____, J.

cc:   All Counsel of Record